UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELISA CASIANO,

                Plaintiff,

v.                                                                                      **ORDER**

ABDIRAHMAN MAHAMUD ELMI and                         No. 21-CV-00803 (PMH)
ABDULLAHI SALAD,

                Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared today for a telephone case management conference. As discussed on the record, the Court is setting the matter down for jury trial.

    The parties are hereby on five days' notice of trial after June 10, 2022. The Court's Individual Practices Rules 6.A and 6.B material is due June 10, 2022.

    As discussed at the conference, to the extent the parties consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c), they shall submit by e-mail to the Clerk of Court at orders_and_judgments@nysd.uscourts.gov a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (form AO 85) with handwritten signatures, by April 18, 2022.

SO ORDERED.

Dated: White Plains, New York
       April 6, 2022

                                                                   _____
                                                                   Philip M. Halpern
                                                                   United States District Judge