UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Elisa Casiano,

                Plaintiff,                                           21 Civ. 803 (AEK)

      -against-                                              **ORDER**

Abdirahman Mahamud Elmi and Abdullahi Salad,

                Defendants.

------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has been informed that the parties have reached a settlement in principle in this matter. ECF No. 16. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within thirty (30) days of this Order. Any application to reopen that is filed after thirty (30) days from the date of this Order may be denied solely on that basis.

      The settlement conference currently scheduled for May 27, 2022 is **ADJOURNED** *sine die*.

Dated: May 26, 2022
       White Plains, New York

                                                                     ANDREW E. KRAUSE
                                                                     United States Magistrate Judge